```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

JOHN M. CARTER,                     )
                                    )
            Plaintiff,              )         4:05CV3159
                                    )
      v.                            )
                                    )
PAULINE SMITH, KIMBERLY             )         ORDER
LORENZO, CORNHUSKER BANK,           )
ADAM WERTHEIMER, SAN DIEGO          )
COUNTY CHILD SUPPORT                )
SERVICES, LOUISIANA                 )
DEPARTMENT OF SOCIAL                )
SERVICES, JEFFERSON PARISH,         )
DOES 1-10, STEPHEN A. ARONIS,       )
and TRANS-UNION,                    )
                                    )
            Defendants.             )
                                    )
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 11th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge