IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3159 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULINE SMITH, KIMBERLY LORENZO, CORNHUSKER BANK, ADAM WERTHEIMER, SAN DIEGO COUNTY CHILD SUPPORT SERVICES, LOUISIANA DEPARTMENT OF SOCIAL SERVICES, JEFFERSON PARISH, DOES 1-10, STEPHEN A. ARONIS, and TRANS-UNION, | ) ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 30) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 11th day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge