# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN M. CARTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:05CV3159** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **PAULINE SMITH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

      This matter is before the court on the motion of Robert J. Schuckit, of the law firm of Schuckit & Associates, P.C., to substitute his appearance on behalf of Defendant Trans Union, LLC for that of G. John Cento.  Mr. Schuckit has entered his appearance, registered for the CM/ECF System and has been admitted to practice in this district.

      **IT THEREFORE IS ORDERED** that the MOTION TO SUBSTITUTE APPEARANCE (Filing 38) is granted.  The Clerk shall terminate the appearance of G. John Cento as counsel for defendant, Trans Union LLC, and shall remove Mr. Cento from the notice/distribution list for this case.

      **DATED August 26, 2005.**

               **BY THE COURT:**

               **s/ F.A. Gossett**
               **United States Magistrate Judge**