IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. CARTER,<br><br>Plaintiff,<br><br>V.<br><br>PAULINE SMITH, KIMBERLY LORENZO, CORNHUSKER BANK, ADAM WERTHEIMER, SAN DIEGO COUNTY CHILD SUPPORT SERVICES, LOUISIANA DEPARTMENT OF SOCIAL SERVICES, JEFFERSON PARISH, STEPHEN A. ARONIS, TRANS-UNION, and DOES 1-10,<br><br>Defendants. | 4:05CV3159<br><br>ORDER |

This matter is before the court on plaintiff's motion for enlargement of time to meet and confer (#52). For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the motion for enlargement of time (#52) is granted, and the parties are given until October 20, 2005 to file their Rule 26(f) planning report.

**DATED September 14, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**