IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 4:05CV3159 |
| | ) | |
| PAULINE SMITH, KIMBERLY LORENZO, CORNHUSKER BANK, ADAM WERTHEIMER, SAN DIEGO COUNTY CHILD SUPPORT SERVICES, LOUISIANA DEPARTMENT OF SOCIAL SERVICES, JEFFERSON PARISH, STEPHEN A. ARONIS, TRANS-UNION, and DOES 1-10, | ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

**IT IS ORDERED** that Filing No. 54 is hereby stricken because it was improperly filed.

**DATED September 14, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge