IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3159 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULINE SMITH, KIMBERLY | ) | ORDER |
| LORENZO, CORNHUSKER BANK, | ) | |
| ADAM WERTHEIMER, SAN DIEGO | ) | |
| COUNTY CHILD SUPPORT | ) | |
| SERVICES, LOUISIANA | ) | |
| DEPARTMENT OF SOCIAL | ) | |
| SERVICES, JEFFERSON PARISH, | ) | |
| DOES 1-10, STEPHEN A. ARONIS, | ) | |
| and TRANS-UNION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Clerk's Office has requested that Document Numbers 58 and 60 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 58 and 60 from the record. The document has been re-filed as document No. 61.

DATED this 6th day of October, 2005.

BY THE COURT:

s/Richard G. Kopf
*United States District Judge*