IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | 4:05CV3159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PAULINE SMITH (an individual), | ) | |
| KIMBERLY LORENZO (an | ) | |
| individual), CORNHUSKER BANK, | ) | |
| ADAM WERTHEIMER (an individual), | ) | |
| STEPHEN A. ARONIS (an individual), | ) | |
| TRANS-UNION LLC, SAN DIEGO | ) | |
| COUNTY CHILD SUPPORT | ) | |
| SERVICES, LOUISIANA | ) | |
| DEPARTMENT OF SOCIAL | ) | |
| SERVICES, JEFFERSON PARISH | ) | |
| DISTRICT ATTORNEY'S OFFICE | ) | |
| DOES 1 - 10, inclusive | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Filing 64 contains personal data identifiers that should have been redacted before the documents comprising filing 64 were filed. I will order that filing 64 shall be sealed.

I direct the parties to NECivR 5.3, which specifies information that is required to be redacted from filed documents. All parties should review this rule before filing documents and should file redacted documents when required by the rule.

Accordingly,

IT IS ORDERED that filing 64 shall be sealed.

October 11, 2005.                    BY THE COURT:

                                     *s/Richard G. Kopf*
                                     United States District Judge