IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | 4:05CV3159 |
| | ) | |
| PAULINE SMITH, KIMBERLY LORENZO, CORNHUSKER BANK, ADAM WERTHEIMER, SAN DIEGO COUNTY CHILD SUPPORT SERVICES, LOUISIANA DEPARTMENT OF SOCIAL SERVICES, JEFFERSON PARISH, STEPHEN A. ARONIS, TRANS-UNION, and DOES 1-10, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for enlargement of time to meet and confer (#67). I also note that several of the defendants have filed motions to dismiss. For good cause shown, I find that the motion should be granted.

**IT IS ORDERED** that the motion for enlargement of time (#52) is granted. The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court within **thirty (30) days** after the district court rules on the defendants' dispositive motions.

**DATED October 17, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**