IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3159 |
| | ) | |
| v. | ) | |
| | ) | |
| PAULINE SMITH, KIMBERLY LORENZO, CORNHUSKER BANK, ADAM WERTHEIMER, SAN DIEGO COUNTY CHILD SUPPORT SERVICES, LOUISIANA DEPARTMENT OF SOCIAL SERVICES, JEFFERSON PARISH, DOES 1-10, STEPHEN A. ARONIS, and TRANS-UNION, | ) ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum and Order entered on February 6, 2006 (Filing No. 75), in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Warren K. Urbom for disposition and remains assigned to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 8th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge