IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN M. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   4:05CV3159 |
| | ) |
| PAULINE SMITH, et al., | )   SCHEDULING ORDER |
| | ) |
| Defendants. | ) |

Judge Urbom has ruled on the parties' dispositive motions and directed the plaintiff to file an amended complaint providing a more definite statement of his claims against defendant Pauline Smith.

**IT THEREFORE IS ORDERED** that the parties remaining in this lawsuit shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court on or before **May 15, 2006.**

**DATED March 22, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**