UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. CARTER, | ) | 4:05CV3159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| PAULINE SMITH, (an individual), | ) | |
| CORNHUSKER BANK, | ) | |
| | ) | |
| Defendants | ) | |

My Memorandum and Order on Defendants' Motion to Dismiss, filing 75, dismissed Kimberly Lorenzo, Adam Wertheimer, San Diego County Child Support Services, Louisiana Department of Social Services, Jefferson Parish, Does 1-10, Stephen A. Aronis. My Memorandum and Order on Plaintiff's Motions to Dismiss Defendant Trans-Union, dismissed Trans-Union LLC without prejudice, filing 78. Two defendants remained thereafter, namely, Pauline Smith and Cornhusker Bank. The parties now have filed a Stipulated Motion to Dismiss, filing 86, in which counsel request that "Pauline Smith and Cornhusker Bank be dismissed with prejudice, with plaintiff and defendants each paying their own costs and attorney fees."

IT IS ORDERED that the Stipulation Motion to Dismiss, filing 86, is granted and this action as to Pauline Smith and Cornhusker Bank is dismissed with prejudice.

Dated June 19, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge